IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

VS.                NO. 4:13CR00127-JLH

KEVYN ALLEN                                 DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of bond. (Docket entry #19) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk of Court is directed to issue summons, and the United States Marshal is directed to serve summons upon Defendant Kevyn Allen for appearance at a hearing before United States Magistrate Judge Beth Deere on June 25th, 2013, at 2:00 p.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 19th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE