# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              NO. 4:13CR00127-01 JLH

KEVYN ALLEN                                                                           DEFENDANT

## ORDER

On April 19, 2013, United States Magistrate Judge Beth Deere appointed Assistant Federal Public Defender Justin T. Eisele to represent defendant Kevyn Allen in the above-styled matter. Attorneys Mark F. Hampton and John C. Collins, II, filed Entries of Appearance in this case on June 24, 2013, as retained counsel.

IT IS HEREBY ORDERED that attorneys Mark F. Hampton and John C. Collins, II, are hereby substituted as counsel of record for defendant Kevyn Allen, and Justin T. Eisele is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 24th day of June, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE