# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                  NO. 4:13CR00127-JLH

KEVYN ALLEN                                                    DEFENDANT

## ORDER

On July 2, 2013, a bond revocation hearing was held pursuant to the government's motion to revoke pretrial release (docket entry #19). The Government was represented by Kristin Bryant and Defendant Kevyn Allen was represented by Mark Hampton and John Collins. Ms. Allen did not contest the violations of release conditions alleged by the Government, including continued use of pain medication at the chemical-free living center; providing a diluted specimen for drug screening resulting in being unsuccessfully discharged from the chemical-free living program; and using methamphetamine and other unprescribed pain medication after discharge from the living center. Ms. Allen also tested presumptively positive for amphetamines and opiates the morning of the revocation hearing.

Ms. Bryant stated that after conferring with defense counsel, the Government was agreeable to Defendant's re-entry into an inpatient drug rehabilitation program under specific terms, and that it no longer sought revocation of Ms. Allen's bond.

The Court will reluctantly allow Ms. Allen one last chance to stop using illegal drugs and prescription drugs for which she does not have prescriptions. She will be allowed to complete drug rehabilitation through inpatient treatment at Recovery Centers of Arkansas, immediately followed by a period at chemical-free living, all at her own expense. As additional conditions of release, however, Ms. Allen must sign a medical release authorizing

the United States Pretrial Services Office, her attorneys, and the United States Attorney to have access to her medical information. Ms. Allen will be afforded no further leniency if she continues to violate release terms.

IT IS SO ORDERED this 3rd day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE