IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                     NO. 4:13CR00127-JLH

KEVYN ALLEN                                                 DEFENDANT

### AMENDED ORDER

The pretrial release revocation hearing is hereby continued from 10:00 a.m. on October 11, 2013, to 2:00 p.m on that date. The Clerk is directed to issue summons to Defendant Kevyn Allen directing her appearance on that date and time.

IT IS SO ORDERED this 3rd day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE