# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                    NO. 4:13CR00127-JLH

KEVYN ALLEN                                                           DEFENDANT

## ORDER

For good cause shown, Defendant's motion to continue the bond revocation hearing (docket entry #41) set for October 11, 2013, at 2:00 p.m. is GRANTED. The bond revocation hearing will be rescheduled by separate notice.

IT IS SO ORDERED this 10th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE